# Certificate of Good Standing



## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Catherine M. Stavlas, Clerk of the United States District Court for the District of Maryland, certify that Gregg Greenberg, Bar No. 17291, was duly admitted to practice in this Court on 4/4/2008, and is in good standing as a member of the Bar of this Court.

Date: 10/18/2021

D. McLain
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*