UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREA BRITTON *et al.*, | ) | Case No. 1:21-cv-01931 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| MPKS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

The parties jointly move for approval of a settlement pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b). The motion asks the Court to approve, as fair and reasonable, the proposed settlement the parties reached and memorialized in the Settlement and Release Agreement, attached to the motion as Exhibit A. The parties submitted a complete, unredacted version to the Court for review.

Having reviewed the motion, the pleadings and papers on file in this action, and for good cause shown, the Court **GRANTS** the motion and finds as follows:

1. Plaintiffs asserted claims under the FLSA, 29 U.S.C. §§ 201, *et seq.*, and the Ohio Minimum Fair Wage Standards Act, Ohio Rev. Code § 4111.02, and for unjust enrichment.

2. Plaintiffs allege that Defendants misclassified them as independent contractors rather than employees and, therefore, did not properly compensate them. Specifically, Plaintiffs allege that they are due unpaid overtime compensation under

the FLSA and Ohio law.  Defendants deny Plaintiffs' allegations, but nevertheless entered into the Settlement Agreement to avoid protracted litigation.

3. Based on the record and the representations of counsel, the Court is satisfied that, during the negotiation process, each party thoroughly assessed the other's legal and factual positions, produced evidence, witnesses, claims, potential counterclaims, and defenses.  After the parties engaged in informal negotiations, the parties settled the dispute.  Defendants agree that the Settlement Agreement is fair, adequate, and reasonable.  The Court finds that the proposed Settlement is a fair and reasonable resolution of a *bona fide* dispute and satisfies the standard for approval under the FLSA.

4. Pursuant to Section 216(b) of the FLSA, "the court . . . shall, in addition to any judgment awarded to the . . . plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action."  Here, the Settlement Agreement provides for the payment of attorneys' fees and litigation costs.  The record reflects that Plaintiffs' counsel invested significant time and resources representing Plaintiffs in this matter.  Further, Defendants agree to the payment of attorneys' fees and costs and join this motion for approval of the Settlement Agreement.

5. Having reviewed the motion, the pleadings and papers on file, and after scrutinizing the settlement for fairness, the Court finds that the proposed Settlement Agreement is a fair and reasonable resolution of a bona fide dispute and satisfies the standard for approval under the FLSA.  Therefore, the Court approves the Settlement

Agreement and General Release, and orders that the settlement be implemented according to the terms and conditions of that agreement.

6. The Court dismisses Plaintiffs' claims with prejudice and enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order and Final Judgment immediately.

7. For these reasons, the Court **GRANTS** the parties' joint motion and approves the Settlement Agreement. The Court retains jurisdiction over this action to enforce the terms of the Settlement Agreement.

**SO ORDERED.**

Dated: April 28, 2022

J. Philip Calabrese
United States District Judge
Northern District of Ohio